UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                              Criminal No. 06-cr-218-01-JD

<u>Danilo Deleon</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 60) filed by defendant Deleon is granted. Trial is continued as to all defendants unless an objection is filed on or before March 14, 2007.

    Defendants shall file waivers of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                           /s/Joseph A. DiClerico, Jr.
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge

Date:  March 13, 2007

cc:   Brian Tucker, Esq.
      Richard Monteith, Jr., Esq.
      Donald Kennedy, Esq.
      Jeffrey Levin, Esq.
      Robert Veiga, Esq.
      U.S. Marshal
      U.S. Probation