UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        06-cr-218-01-JD

<u>Danilo Deleon</u>

<u>O R D E R</u>

 The assented to motion to reschedule jury trial (document no. 70) filed by defendant is granted.

 Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

 SO ORDERED.

             <u>/s/Joseph A. DiClerico, Jr.</u>
             Joseph A. DiClerico, Jr.
             United States District Judge

Date:  April 13, 2007


cc: Brian Tucker, Esq.
   Robert J. Veiga, AUSA
   Donald A. Kennedy, Esq.
   Jeffrey S. Levin, Esq.
   Sandra F. Bloomenthal
   Richard F. Monteith, Jr.
   U.S. Marshal
   U.S. Probation